UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE THE REPORTERS COMMITTEE
FOR FREEDOM OF THE PRESS,

CBS BROADCASTING INC.,

SERGIO GOMEZ,

DANIEL PACHECO,

**and** UNIVISION

Misc. Action No. 1:15-mc-00411

## CERTIFICATE OF SERVICE

I hereby certify that on this date of April 3, 2015, I caused a true and correct copy of the Application of the Reporters Committee for Freedom of the Press, CBS Broadcasting Inc., Sergio Gomez, Daniel Pacheco, and Univision to Unseal Court Records and for the Publication of the Dockets, as well as true and correct copies of the memorandum of points and authorities in support thereof and a proposed Order, to be served by delivery by Express Mail using the United States Postal Service upon the following:

Robert Feitel
Feitel Law Firm
1712 N Street NW, Suite 401
Washington, DC 20036

Barry Coburn
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue NW, 2nd Floor
Washington, DC 20036

Hannah Bloch-Wehba